■ HAROLD PROPERTIES, INC., et al., Respondents, v JACQUELINE FRANKEL, Appellant, and "JOHN DOE", Respondent. — Order, Appellate Term, First Department, entered on July 24, 1980, unanimously reversed, on the law, on the dissenting memorandum of Riccobono, J., at Appellate Term. Respondent-appellant shall recover of petitioners-respondents $75 costs and disbursements of this appeal. Concur — Murphy, P. J., Birns, Sullivan, Lupiano and Bloom, JJ.

■ SOLIN & BREINDEL, P. C., et al., Appellants, v SILVERSTEIN PROPERTIES, INC., et al., Respondents. — Appeals from order, Supreme Court, New York County (Ryp, J.), entered on July 20, 1981, and from order of said court denying temporary injunction, and related motion and cross motion, withdrawn, without costs to either party. No opinion. Concur — Birns, J. P., Ross, Silverman, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MAURICE WILLIAMS, Respondent. — Order, Supreme Court, New York County (Rothwax, J.), entered on June 11, 1980, unanimously affirmed. (See *People v Sturgis*, 38 NY2d 625). No opinion. Concur — Sullivan, J. P., Ross, Markewich, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER SUTHERLAND, Appellant. — Judgment, Supreme Court, New York County (Lang, J.), rendered on September 16, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Birns, Sullivan, Markewich and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER VELASQUEZ, Appellant. — Judgment, Supreme Court, New York County (Haft, J.), rendered on October 15, 1980, unanimously affirmed on the opinion of Haft, J. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). Concur — Kupferman, J. P., Birns, Sullivan, Markewich and Lupiano, JJ.

■ ALBERT MAYER, as Trustee for JULIE MAYER and Another, on Behalf of Himself and All Other Persons Similarly Situated, Appellant, v INTERPACE CORPORATION, Respondent, et al., Defendants. — Judgment, Supreme Court, New York County (M. Evans, J.), entered on May 27, 1981, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order entered on May 19, 1981 is dismissed without costs, as subsumed in the appeal from the judgment. No opinion. Concur — Birns, J. P., Sullivan, Markewich and Lupiano, JJ.